## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-0319 |
| | § | |
| PHILLIP E. WILLIS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the entry of default, judgment is entered in favor of the plaintiff Financial Federal Credit Inc. and against defendant Phillip E. Willis. The defendant is liable to pay Financial Federal Credit Inc., as follows:

    a.    damages in the amount of $122,691.91;

    b.    prejudgment interest at the contractual rate of 18 % per annum from November 20, 2008 to March 31, 2009, in the amount of $8036.32, plus additional prejudgment interest from April 1, 2009 to the date judgment is entered at the rate of $61.35 per day; postjudgment interest at the contractual rate of 18 % per annum; and

    d.    costs of court.

This is a final judgment.

    SIGNED on April 22, 2009, at Houston, Texas.

                                                                     Lee H. Rosenthal
                                                         United States District Judge